IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.                                                                           OPINION and ORDER

IVAN BORDIAN,                                                            24-cr-92-jdp

                      Defendant.

---

      Defendant Ivan Bordian moved to compel production of witness interview reports. That motion was referred to me to conduct an *in camera* review of the reports and issue an opinion on their discoverability. The government timely provided the reports for my review, and I have determined that they do contain some discoverable information. So, I will GRANT defendant's motion. But there is a complication. The reports also contain classified information, the production and use of which is governed by the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 § 1 *et seq.*, so I will STAY production of the documents and ORDER supplemental briefing on how to proceed. The government must submit supplemental briefing addressing the application of CIPA, *e.g.*, *United States v. Turner*, No. 13 CR 572-2, 2014 WL 3905873, at *2 (N.D. Ill. July 29, 2014), by December 13, 2024. While defendant is not required to submit a supplemental filing, he may do so by the same date. The filings may be submitted *ex parte* and under seal.

      SO ORDERED.

Entered December 6, 2024.

                          BY THE COURT:

                          /s/

                          _____
                          ANITA MARIE BOOR
                          U.S. Magistrate Judge